U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 17 2005

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:05CR10020-001 |
| v. | 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER JOHNSON | 21 U.S.C. § 841(b)(1)(B)(iii) |

## INDICTMENT

The Grand Jury Charges:

On or about the 18th day of August, 2005, in the Western District of Arkansas, El Dorado Division, **CHRISTOPHER JOHNSON**, did knowingly distribute a controlled substance, namely, more than 5 grams of a mixture or substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(iii).

A True Bill.

/s/ Foreperson
Foreperson

ROBERT C. BALFE
UNITED STATES ATTORNEY

/s/ Christopher D. Plumlee
By:
Christopher D. Plumlee
Assistant U. S. Attorney
Arkansas Bar No. 96154
P. O. Box 1524
Fort Smith, AR 72902
479-783-5125