IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| CRIMINAL NO. 1:05cr10020-001 | USA VS. CHRISTOPHER JOHNSON |
| COURT PERSONNEL: | |
| | DEFENDANT'S COUNSEL: |
| JUDGE: | Mary Thomason |
| | (Name) |
| MAGISTRATE: Bobby E. Shepherd | 315 East Oak Street |
| | (Street Address or P.O. Box) |
| CLERK: Becky Kaldem | El Dorado, AR 71730 |
| | (City)             (Zip Code) |
| RECORDER: Becky Kaldem, ECRO | 870-863-8588 |
| | (Telephone No.) |
| GOVERNMENT: Mark Webb | ☐RET ☐FPD ☐WV  xCJA |
| INTERPRETER: | |

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

x Proceedings: ☐ initial appearance   x arraignment and plea
x Charges: ☐ magistrate complaint   ☐ information   x indictment   ☐ superseding
☐ Rule 40 - District and case number:_____
☐ Petition on probation/supervised release
x Level of offense: ☐ petty   ☐ misdemeanor   x felony
x Defendant appeared:  x with counsel   ☐ without counsel
☐ Waiver of counsel executed and filed
x CJA23 financial affidavit executed
x Counsel appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised
         of right to separate representation
X Inquiry made that defendant does not suffer from mental disease or disorder and is
         able to comprehend proceedings
☐ Court finds that defendant is person named in Rule 40 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed
x Defendant informed of rights
x Defendant informed of maximum possible penalties, including payment of special

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA
USA VS. CHRISTOPHER JOHNSON

    assessment and restitution
☐ Waiver of indictment executed and filed
☐ Information filed
x Indictment read ☐ substance of charge stated
☐ Information read ☐ substance of charge stated
☐ Complaint read ☐ substance of charge stated
☐ Defendant waived reading of: ☐ indictment ☐ information ☐ complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☐ _____
   _____

DEFENDANT'S PLEA:
   x Not guilty to count(s) _1_____
   ☐ Guilty to count(s)_____
   ☐ Nolo contendere to count(s)_____
   ☐ Court entered plea of not guilty for defendant

SCHEDULE SETTING:
   ☐ Preliminary hearing:_____
   ☐ Detention hearing:_____
   ☐ Revocation hearing:_____
   x Trial Date: To be notified by the Court by separate notice__
   ☐ Sentencing Date:_____
   ☐ Sentencing deferred pending preparation of presentence report

MOTION DEADLINE:
   x Defendant directed to file Rule 16 discovery motions within _15_ days
   x Government directed to file responses to motions and file its Rule 16 discovery
      discovery motions within _10_ days
   x Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of
      particulars within _10_ days after government responses

BOND set at $10,000 unsecured_____
   ☐ Defendant released on present bond
   x Defendant to make bond and be released
   ☐ Defendant remanded to custody of _____

SPECIAL CONDITIONS OF RELEASE:
   x Pretrial supervision as directed by the U.S. Probation Office.
   x Substance abuse testing_____
   x Standard conditions of release_____
   _____

                                  Proceedings began:__12:30 pm___
DATE:___March 7, 2006_____                     ended:___12:40 pm __